**DYKEMA GOSSETT** LLP
ASHLEY R. FICKEL, State Bar No. 237111
  *AFickel@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant,
HEALTHY HERBAAL CARE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TERRY FABRICANT, individually, and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>HEALTHY HERBAL CARE, INC., and DOES 1 through 10, inclusive,<br><br>                Defendant. | Case No. 2:21-cv-04810-DMG-PD<br><br>**NOTICE OF SETTLEMENT**<br><br>Crtrm.:  8C<br><br>The Hon. Dolly M. Gee<br><br>Trial Date:        None set |

*Sidebar (vertical text):* DYKEMA GOSSETT LLP / 333 SOUTH GRAND AVENUE / SUITE 2100 / LOS ANGELES, CALIFORNIA 90071

121857.000001 4824-3721-4718.1

1

1    NOTICE IS HEREBY GIVEN that this case has been settled in its entirety.

2   The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety

3   with prejudice within 60 days. Plaintiff requests that all pending dates and filing

4   requirements be vacated and that the Court set a deadline on or after December 10,

5   2021 for filing a Request for Dismissal.

6    Respectfully submitted,

7    DYKEMA GOSSETT LLP

8   DATED:  October 12, 2021

9

10    By:    /s/ Ashley R. Fickel

11    ASHLEY R. FICKEL
       Attorneys for Defendant,

12    HEALTHY HERBAAL CARE, INC.

13

14   DATED:  October 12, 2021    LAW OFFICES OF TODD M. FRIEDMAN,

15    P.C.

16

17

18    By:    /s/ Todd M. Friedman

19    TODD M. FRIEDMAN
       MEGHAN E. GEORGE

20    ADRIAN R. BACON
       THOMAS E. WHEELER

21    Attorneys for Plaintiff,

22    TERRY FABRICANT, individually, and
       on behalf of others similarly situated

23

24

25

26

27

28

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

121857.000001 4824-3721-4718.1

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SIGNATURE CERTIFICATION**

I hereby attest that all other signatories listed, and whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Date: October 12, 2021

By: _____

Anna Feygin

**DYKEMA GOSSETT LLP**
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

**<u>PROOF OF SERVICE</u>**

**Terry Fabricant v. Healthy Herbal Care, Inc.**
**2:21-cv-04810-DMG-PD**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071.

On October 12, 2021, I served true copies of the following document(s) described as **NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

Todd M. Friedman, Esq.                     *Attorneys for Plaintiff,*
Meghan E. George, Esq.                     Terry Fabricant
Adrian R. Bacon, Esq.
Thomas E. Wheeler, Esq.
LAW OFFICES OF TODD M.
FRIEDMAN, P.C.
21550 Oxnard St. Suite 780
Woodland Hills, CA 91367

Phone:    (323) 306-4234
Fax:       (866) 633-0228
Email;    tfriedman@toddflaw.com
          mgeorge@toddflaw.com
          abacon@toddflaw.com
          twheeler@toddflaw.com

☒**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 12, 2021, at Los Angeles, California.

_____
Anna Feygin

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071